# United States Court of Appeals
## For the Eighth Circuit

_____

No. 25-1035

_____

United States of America

*Plaintiff - Appellee*

v.

Alondra Rebolledo

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of Nebraska - Omaha

_____

Submitted: June 3, 2026
Filed: June 8, 2026
[Unpublished]

_____

Before LOKEN, KELLY, and KOBES, Circuit Judges.

_____

PER CURIAM.

Alondra Rebolledo appeals the sentence the district court[1] imposed after she pleaded guilty to drug and firearm offenses. She challenges a drug-premises enhancement and the denial of her motion for a downward departure or variance.

Upon careful review, we conclude the district court did not clearly err by concluding that Rebolledo maintained a drug premises. See United States v. Clark, 135 F.4th 622, 625 (8th Cir. 2025); United States v. Miller, 698 F.3d 699, 706-07 (8th Cir. 2012). We cannot review the denial of Rebolledo's request for a downward departure, as the district court acknowledged its authority to depart, and Rebolledo does not claim the court acted with an unconstitutional motive. See United States v. Carter, 960 F.3d 1007, 1012-13 (8th Cir. 2020). We also conclude the district court did not abuse its discretion in denying a downward variance. See United States v. Lewis, 593 F.3d 765, 773 (8th Cir. 2010). Accordingly, we affirm.

_____

[1]The Honorable Brian C. Buescher, United States District Judge for the District of Nebraska.